1004

THE STATE OF WASHINGTON, *Respondent*, v. DEREK WAYNE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00645-9, Stephen M. Warning, J., entered February 15, 2008. *Dismissed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY MCQUEEN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03729-0, Bryan E. Chushcoff, J., entered March 13, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Houghton, J.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER EUGENE SETZER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00433-5, Roger A. Bennett, J., entered April 18, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JIM GEORGE GROVE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00878-4, Gary R. Tabor, J., entered May 1, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Penoyar, JJ.